IN ~~Regards~~ Regards TO-

6-22-15

NO. 01-14-00493-CR

TO: Court of Appeals
   for the First District of Texas

Luis Ruiz Sierra, Appe~~...~~
               v
the state of Texas

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 24 2015

CHRISTOPHER A. PRINE
CLERK

Yes, I was issued an Abatement order on May 28.2015. and the court has found, at least one arguable ground for appeal. I want to know if the court has refiled appeal are do I need too. I would also like to know if the court has given me another court appointed lawyer? One that speaks Spanish so I can understand, IF SO, Can You please tell me the new court date, and who the lawyer is? Name and address? If the court has not given me new lawyer are Court date then please tell me the correct motion to file, to request council to re-open appeal. Im sending a motion but not shure if its correct one. I need and request new council for shure. And argue that my last council Jerald K. Graber was inactive on my behalf for many reasons from me not understanding him to him not finding the efficnt evidence that the court has, to grant appeal in my behalf. I Feel like I was

wrongley convicted for a 1st degree felony when it should of been a 2nd degree felony. I was accused of remaining concealed with intent to ~~commit~~ commit a felony, theft, or an assault in a building or habitation. In wich I would like to argue I was not! And would like the appeal re-opened since evidence has been found by cort that even tho I, due not feel like I am guilty, even for a 2nd degree felony. Issues have been raised I could be due to one. I also request from the courts a copie of my transcript and all copies of Data, and evendience the court has on my behalf from when I was convicted I would like to request what the court used against me in making my charge a 1st degree felony. Please send me correct information I need to appoint me new councel to open appeal. Thank you

Luis Ruiz Sierra # 1933958
Pam Lyncher st Jail
2350 Atascocita Rd
Humble, Tx 77396

Luis Ruiz Sierra 1933958 8-8-39
2350 Atascosita Road
Pam Lychner Humble tx

77396

RECEIVED APPEALS
FIRST COURT OF TEXAS
HOUSTON, TEXAS

JUN 24 2015

CHRISTOPHER A PRINE
CLERK

Court of Appeals, First District

301 Fannin Street

Houston, Texas 77002-2066